UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Martha Phipps<br>4386 Lambeth Dr<br>Dayton, OH 45424<br><br>        Plaintiff,<br><br>v.<br><br>Stellar Recovery, Inc<br>c/o Business Filings Inc, Registered Agent<br>401 N 31st Street, Suite 1650<br>Billings, MT 59103<br><br>        Defendant. | Case No.: 3:09-cv-0299<br><br>Judge:<br><br><br><br>**COMPLAINT FOR DAMAGES UNDER THE FAIR DEBT COLLECTION PRACTICES ACT AND OTHER EQUITABLE RELIEF**<br><br><br>**JURY DEMAND ENDORSED HEREIN** |

### JURISDICTION AND VENUE

1. Jurisdiction is founded on 28 U.S.C. §1331 pursuant to the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. §1692.  Venue is proper because a substantial part of the events giving rise to this claim occurred in this judicial district.

### FACTS COMMON TO ALL COUNTS

2. Plaintiff is a "consumer" as defined by 15 U.S.C. §1692a(3).

3. Plaintiff incurred a "debt" as defined by 15 U.S.C. §1692a(5).

4. At the time of the communications referenced herein, Defendant either owned the debt or was retained by the owner to collect the debt.

5. Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. §1692a(6).

6. Plaintiff filed this claim within the timeframe permitted under the FDCPA.

7. On or around November 20, 2008, Defendant telephoned Plaintiff and left a voice message.

8. On or around November 20, 2008, Plaintiff returned Defendant's telephone call.

9. During this communication, Defendant threatened to summons Plaintiff to court if Plaintiff did not immediately agree to pay the debt.

10. During this communication, Defendant threatened to contact Plaintiff's employer and garnish Plaintiff's wages.

11. At the time of these communications, Defendant had neither the intent nor ability to sue Plaintiff.

12. At the time of this communication, Defendant had neither the intent nor ability to garnish Plaintiff's wages.

13. On or around December 16, 2008 Defendant telephoned Plaintiff and left a voice message.

14. On or around December 16, 2008, Plaintiff telephoned Defendant.

15. During this communication, Defendant threatened to sue Plaintiff.

16. At the time of this communication, Defendant had neither the intent nor ability to sue Plaintiff.

17. Defendant damaged Plaintiff emotionally and mentally and caused Plaintiff substantial anxiety and stress.

18. Defendant violated the FDCPA.

## COUNT ONE

### Violation of the Fair Debt Collection Practices Act

19. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

20. Defendant violated 15 U.S.C. §1692e in that it falsely represented the character, amount, and/or legal status of the debt.

## COUNT TWO

### Violation of the Fair Debt Collection Practices Act

21. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

22. Defendant violated 15 U.S.C. §1692e in that it threatened action that could not legally be taken and/or that was not intended to be taken.

## COUNT THREE

### Violation of the Fair Debt Collection Practices Act

23. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

24. Defendant violated 15 U.S.C. §1692e by making misrepresentations during its communications with Plaintiff.

## COUNT FOUR

### Violation of the Fair Debt Collection Practices Act

25. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

26. The Defendant violated 15 U.S.C. §1692f in that its actions were unfair and/or unconscionable means to collect the debt.

## JURY DEMAND

27. Plaintiff demands a trial by jury.

## PRAYER FOR RELIEF

28. Plaintiff prays for the following relief:

    a. Judgment against Defendant for actual damages, statutory damages, and costs and reasonable attorney's fees pursuant to 15 U.S.C. §1692k.

    b.   For such other legal and/or equitable relief as the Court deems appropriate.

                             RESPECTFULLY SUBMITTED,

                             Macey & Aleman, P.C.

                             By: */s/ Richard J. Meier*
                             Richard J. Meier, Esq.
                             233 S. Wacker Drive, Suite 5150
                             Chicago, IL 60606
                             Tel: 866.339.1156
                             Fax: 312.822.1064
                             rjm@legalhelpers.com
                             *Attorney for Defendant*