# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

MARTHA PHIPPS,

    Plaintiff,           :           Case No. 3:09-cv-299

  -vs-                                      Magistrate Judge Michael R. Merz

                          :

STELLAR RECOVERY, INC.,

    Defendant.

## ORDER TO EXPEDITE SETTLEMENT

This case came on for hearing by telephone at 3:30 p.m. on July 28, 2010, on Plaintiff's Motion for Status Conference (Doc. No. 16). Richard Meier appeared on behalf of Plaintiff and Robert Ross appeared on behalf of Defendant.

Mr. Ross confirmed that there was an agreement in principle to settle the case under which Defendant would pay Plaintiff $4,000 in return for dismissal with prejudice and a general release. To ensure prompt performance of that agreement, it is hereby ORDERED that Defendant forward the settlement funds to its counsel not later than August 9, 2010. Not later than that date, Defendant's counsel shall forward the proposed settlement agreement to both the Court and Mr. Meier.

July 28, 2010.

                                                              s/ **Michael R. Merz**
                                                           United States Magistrate Judge