## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| Martha Phipps, | Case No.: 3:09-cv-00299-WHR |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Stellar Recovery, Inc., | |
| Defendant. | |

Now comes the parties, by and through counsel, and hereby dismiss the present action pursuant to Fed. R. 41(a)1(ii), with prejudice. Each party shall bear its own costs and attorney fees.

Respectfully submitted,

Macey & Aleman, P.C.                    Statman, Harris & Eyrich, LLC

By: */s/ Richard J. Meier*              By:  Robert D. Ross
Richard J. Meier                        Robert D. Ross
233 South Wacker Drive, Suite 5150      1 South Main Street, Suite 900
Chicago, IL 60606                       Dayton, OH 45249
Tel: 1.866.339.1156                     Tel: 1.937.222.1090
Fax: 1.312.822.1064                     Fax: 1.937.222.1046
rjm@legalhelpers.com                    rros@statmanharris.com
*Attorney for Plaintiff*                *Attorney for Defendant*

### <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on a copy of the foregoing Notice was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.


<u>/s/ Richard J. Meier</u>